**Opinion issued March 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00610-CV**

———————————

**DUSTIN  WEBBER, Appellant**

**V.**

**VELOCITY INVESTMENTS, LLC, Appellee**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 24-DCV-315985**

---

**MEMORANDUM OPINION**

Appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant failed to respond. *See* TEX. R. APP. P. 37.3(b),

42.3(b) (c). Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.